156 A.3d 178

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT v. JERMAINE A. DAVIS, DEFENDANT-PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003597–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.